# UNITED STATES DISTRICT COURT

for the

_Northern_ District of _Arizona_

_Civil_ Division

FILED _____ LODGED
RECEIVED _____ COPY

JUL 2 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

|  |  |  |
|---|---|---|
| Brian S. Cooper 6045 W. Chandler Blvd 13-00 | ) Case No. | **CV-21-1314-PHX-DMF** |
| _Plaintiff(s)_ Chandler, AZ 85226 | ) | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |  |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |  |
| _please write "see attached" in the space and attach an additional_ | ) |  |
| _page with the full list of names.)_ | ) |  |
| -v- | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Uber Technologies Inc 3800 N. Central Phoenix AZ | ) |  |
| _Defendant(s)_ 85012 | ) |  |
| _(Write the full name of each defendant who is being sued. If the_ | ) |  |
| _names of all the defendants cannot fit in the space above, please_ |  |  |
| _write "see attached" in the space and attach an additional page_ |  |  |
| _with the full list of names.)_ |  |  |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brian S Cooper |
| Street Address | 6045 West Chandler Ave #13-00 |
| City and County | Chandler, Maricopa |
| State and Zip Code | Arizona. 85226 |
| Telephone Number | 480-701-7506 |
| E-mail Address | briancooper977@gmail.com / mrcooper1215@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Uber Technologies Inc

Parent Company

1455 Market St Suite 400

Santranceisco, CA San Francesco

CA, 94103

415-801-4068

Support@uber.com

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

(Filed with) CT Corporation

Registered Agent

3800 N. Central Ave #460

Phoenix, Maricopa

Arizona, 85012

1 800-624-0909

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 US Code § 1030 violation of CFAA          18 USC 1503 Obstruction of Justice
42 USC § 1985 Conspiracy to interfere with Civil Rights   14th amendment violation
H.R. 4173 Dodd/Frank Act                     5th amendment violation
H.R. 2515 Whistleblower Protection Act   18 USC § 1519 Tampering with evidence   15 USC 1693 EFTA Violations

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the

    State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated

    under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of

    the State of *(name)* _____. Or is a citizen of

    *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to the blatant disregard for the laws defined by the constitution, the failure of this corporation to right its wrongs and instead covered them up, and finally the continued violations of Mr. Cooper's rights we believe 1% of the fine Wells Fargo faced for fake accounts; $30 million dollars. Uber is currently on probation with the FTC for misrepresentation. Mr. Cooper can show the extent of the accounts acquired, not just the Cooper's, the Unlawful business transacted, and every bank transaction listed as recurring, over 350 for the Cooper's, is a big problem.

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Uber Technologies INC, counsel, and associates at the time of this claim are violating and have been violating Mr. Cooper's Right to Due Process, Privacy Laws, Anti-hacking laws, civil Rights, Hippa Laws, tampering with evidence, obstruction of Justice, Whistle blower protection Act, and did conspire, as to plan against, Mr. Cooper. Uber Technologies INC. not only Violated above said offenses, but as a business who was conducting business illegally for 5 years also violated the EFTA through violating one-time debits and labeling one-time debits as recurring charges. This is a habitual offender of Impeding Justice.

B. What date and approximate time did the events giving rise to your claim(s) occur?
This is ongoing. As Mr. Cooper writes this Federal lawsuit complaint, all Social Media accounts, email, telephone numbers, laptops, and any other electronic device able to connect to the Internet. These actions have also effected businesses, family, and friends, Twice in 30days Mr. Cooper had blown tires going 75-80 mph on the freeway. The second totaled Mr. Cooper's car, and injured his friend MRS. Armstrong. Mr. Cooper states, "I've never had a blown tire before this, and to have it happen twice in 30 days is almost impossible," Mr. Cooper called O.E.T (Maricopa County's internet technicians) and complained of hacking that prevented Mr. Cooper from filing anything in case CV:2019-010522. Mr. Cooper subsequently filed 2 complaints with O.E.T.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Uber Technologies Inc was not foreign qualified to transact business in the state of Arizona until 2020. Uber did take money from Mr. Coopers account 3x without permission. Mr. Cooper found through the AZCC that Uber was not qualified to do business in Arizona per then director Patricia Barfield. Uber then finds Mrs. Cooper had reserved the name Uber Technologies Inc through the AZCC before Uber hit and killed Mrs. Herzberg in Tempe and settled under Uber Technologies Inc. After learning of this Uber and Counsel filed an Injunction against Mr. Cooper, Counsel walked into court an claimed Uber was actually contracting business as Uber USA LLC and not Uber Technologies Inc. Mr. Cooper was denied any type of hearing to prove his case including evidentiary. Uber USA LLC was in compliance to conduct business IN 2019 while UTI was in 2020.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The damage Uber has caused is irreparable as Mr. Coopers private information including Social Security number, private videos and pictures, and access to Mr Coopers life have been accessed and downloaded somewhere. Uber could never honestly give Mr. Cooper back his privacy, security, and trust of the justice system. Everything that has happened has been a choice made by an entity given person hood but the personality of its management and owners. Nothing can convince Mr. Cooper that Uber is sorry, has remorse, or will NOT do it again. They have before yet here we are today.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$30 million dollars; We were also a part of the fake account scandal sponsored by Wells Fargo. That was a shock and it made the Coopers highly upset. We also know Uber has had the help of Wells Fargo to label charges (one-time charges) as recurring. Also, Uber saved charges from thursday - Sunday and transmit them all on monday to gain the overdraft fee for Wells Fargo. Uber impeded and obstructed justice by preventing Mr. Cooper fair Due Process with the courts, Uber interfered with any relief during court-19. I applied with every agency I was able to for help. I never received any replies. Mr. Coopers chronic illness requires medication. Optinom pharmacy is investigating how it was rerouted to an address that Mr. Cooper moved from 1.5 years ago. There have been violations of 18 US code §1703 delay or destruction of mail. Mr. Coopers Security has been violated so many times as has his belief in the justice system there is no real number to place on those liberties. The constitution protects American citizens against the violations Uber so willfully committed. This is an ongoing issue for Uber who was placed on probation by the FTC. The Coopers were never compensated from the 3 cases of fraud which cost 1000's of dollars. Mr. Cooper believes no matter what he states for compensation, Uber will continue to say

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          7/12/2021

Signature of Plaintiff

Printed Name of Plaintiff          Brian S. Cooper

### B.     For Attorneys

Date of signing:          N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# Complaint for violation of civil rights.

This case has been filed in the Federal District Court of Arizona seeking to petition the government for a redress of grievances and ensure the right to make a complaint to or seek the assistance of one's government without fear of punishment or reprisals. These words have been in place long before mr. Cooper, and will continue to evolve and change the judicial landscape. The chance for change generally is justified and consequently those that are hurt by others, particularly enterprises, are given their opportunity at recovery. The past claims documented by Mr. Cooper were overlooked, unbiased, and forgotten about as the laws did not make a difference to a Pro Se litigant. Every brief, answer, or motion delivered new put-downs and attacks by Uber's counsel. This is why we landed here. Under *section 1983, this lawsuit is a civil rights lawsuit. It can be filed by anyone whose civil rights have been violated. The victim can file the lawsuit if the wrongdoer was acting "under color of law."* To start, Mr. Cooper would like to establish the case as *Prima Facie.* ("at first view." In legal terms, this means that evidence is sufficient to raise a presumption of fact or to establish the fact in question unless questioned. I'm compelled to prove:

**1). Defendant (Uber Technologies Inc. and Uber USA LLC) acted under the color of state law as officers of a local government entity**

**2). That the plaintiff had been denied their constitutional right to procedural due process.**

**3). The defendants had either subjected the plaintiff or caused the plants to be subjected to the alleged deprivation.**

The language which instructs only these elements suggests that lawmakers intended to impose liability without further proof of fault. In ***Monroe v-Pape,*** our highest court held that a *section 1983* playing in the United States establishes a specific intent to deprive a person of a federal right but the court has not yet considered whether a *section 1983* plaintiff must prove some lesser degree of fault. The meaning is sufficiently broad to authorize an action for any constitutional violation, including an infringement on procedural due process. In ***Davis v Passman,*** an implied cause of action and damages remedy for a violation of the equal protection component of the fifth amendment's due process clause has recognized there are two social matters that are secure by the procedural due process clause. One is to ensure the sensation of just treatment by the public Authority. The other is to secure people against the imperfect or unnecessary hardships of Life, Freedom, or Property. Your honor, after you review this condensed time table of actions, view my initial 26 labeled documents from hundreds of pieces of evidence, and take a look at the blatant and explicit nature of these offenses you will in fact rule in favor of a prima facie case. We are curious about the option to evade the legalities of doing business without foreign qualification. How did Uber Technologies Inc a multi multi billion-dollar company have the option to

utilize elicit strategies to obstruct consumers rights including hacking email, accounts, online media accounts, geofencing, posting or having someone connected to Uber posting individual and private data? Finally, rerouting Mail Packages and life-saving prescriptions. The final piece of this whole puzzle is the most important as there is a single person facing negligent homicide for the death of Mrs. Herzberg in Tempe, Arizona. Miss Vasquez, indictment number (785-gj-251), is facing a criminal case but that is separate from this civil case. However, Mr Cooper believes evidence from this case will not shift blame but distribute punishment for the unfortunate death of Mrs Herzberg evenly. There's no greater feeling than to file this case with all that I have endured. I am seeking damages for violating and depriving mr. Cooper of his civil rights, due process, obstruction of justice, violation of the cfaa, and personal privacy laws. This is my concise straightforward and logical statement of relevant facts. The statement to which relief is granted will be after the timeline here. The elements needed to move forward:

1. This all starts with three separate cases of unauthorized transactions by Uber Technologies Inc. These cases were in 2014, 2016, and the case that landed us here in 2018.

2. After the first case of fraud, Wells Fargo refunded monies taken, but 86 Days later without warning, Wells Fargo stripped us of those funds causing thousands of dollars worth of bounced items.

3. The second case of fraud was in 2016 one month before the fake account scandal came to light against Wells Fargo. Then, at that time, Wells Fargo stated they were going to reopen the 2014 case, and investigate the current 2016 case. Instead Wells Fargo subsequently closed the checking account without warning after 23 years of being a loyal customer..

4. The third and final fraud occurred on February 4th, 2018, after a short ride to Talking Stick Casino. Our new bank at the time, Capital One, investigated our claim and in 24 hours found in our favor.

5. After finding that we had been defrauded for the third time by Uber Technologies Inc, it was impossible to reach out to them. Most conversations had been strictly by email, and our conversation would have remained calm if Uber had not committed an unauthorized transaction while speaking to them about the very transaction.

6. On February 6th at 8:18 p.m., Uber Technologies Inc deducted the funds from our account. At that time I was very upset because Uber Technologies Inc had again broken the law by committing another unauthorized transaction. We are not disgruntled nor was this about quick dollars. We have through Wells Fargo nearly 700 to 1000 verifiable rides.

7. After a week of back-and-forth and phony attempts to make it right I filed for arbitration against Uber Technologies Inc. with the AAA. February 14th 2018,

after filing for arbitration I started understanding how arbitration worked, timelines, discovery, the schedule, and the correct way of serving a corporation.

8. During this time we were told by Rosemary Barajas who and how to serve Uber Technologies Inc. Mrs. Barajas stated we needed to file with CT CORPS and to expressly state Uber Technologies INC as the company involved.

9. Right at the start of arbitration there were a lot of errors. One of the first errors was Uber Technologies Inc never paid the AAA to commence the start of the case. It took them 72 days to pay. Instead Uber Technology Inc missed a total of 3 contracts that were issued by the AAA. These contracts were to be followed just as we were to have to follow them. Instead, the AAA gave a multi-multi-billion-dollar company three chances to pay a fee that they stated they pay for as upfront cost in their legal.

10. The lead contact was Rosemary Barajas, a paralegal, and not the supposed attorney Aaron Bergstrom. This was not the first time they used a paralegal. You will find Mrs. Barajas involved in multiple Uber cases from New York to California.

11. Requesting payments to filing documents, Rosemary Barajas, a paralegal, who was not a certified document preparer in Arizona and was not a licensed paralegal in the state of California nor the State of Arizona. Every document, every email, every meeting that we had with the AAA, and any and all

paperwork had one name on it, Rosemary Barajas. Our first reason to file in Superior Court.

12. At the end of the arbitration, the AAA had called Rosemary Barajas an attorney twice including on the final document of the award. Mr. Aaron Bergstrom, the supposed attorney, was mentioned once and all the documents.

13. I made a calculated move by not appealing the AAA decision. If I had appealed the AAA decision, that would have given Uber Technologies Inc the opportunity to correct the stated attorney on the final award who was Rosemary Barajas.

14. As soon as we filed the violations and our complaint in Superior Court concerning a paralegal and other unethical actions by Uber and counsel, Uber's Counsel quickly explained the error as a simple clerical error. Clerical error was used often by Uber and counsel throughout these processes as simple mistakes and no big deal. I believe that the Arbiter took the word of fellow attorneys and the Arbiter later found from my complaint that he had been lied to or duped. After Uber's counsel filed an appeal to the Arbiter to have the name changed on the final award, they were replied to in less than 12 minutes. I do not know of any motions that were replied to in less than 12 minutes by any legal standard. As I stated, I feel the Arbiter did not know that a paralegal ran the show for Uber Technologies Inc. and that's why he did not change that ruling.

15. Counsel for Uber filed a total of 3 motions requesting a name change from the AAA. The Arbiter from the AAA responded to the first request, but did not respond to the final two motions filed by Uber counsel.

16. I questioned the legality and the ethics behind the request from Uber and Uber counsel. Once Ubers counsel requested to have that name changed originally and they were denied, that should have been the end of the request. Uber's counsel changed tactics in the way they approached the AAA as if the AAA was at fault. Counsel for Uber attacked the integrity of the Arbiter which made no sense because on the first request counsel praised his high skill level as an attorney.

17. Just as everything in the past with our experience, the first litigation was the start of our civil liberties and our due process being violated daily.

18. The first judge, judge Thompson, failed to respond to motions, and stated that it was okay for a paralegal to represent Uber in the Tribunal.

19. Also, during the first litigation I continued to investigate Uber as criminals, not white collar criminals. What I found changed the course of our cases, and from what I've gathered would change Uber Technologies Inc and Uber counsel's attitude. There were no good faith negotiations, no conversations concerning the upcoming Court schedule, and Jurist failed even-handed dealing with discovery. Uber Technologies Inc. manufactured their evidence.

20. After extensive research and my questions being elevated through the Arizona corporate commissions I was connected with the director of the corporate commissions, Mrs. Patricia Barfield.

21. Mrs. Barfield was honest and careful and what you stated as to not be seen as one giving legal advice. Miss Barfield was not giving me legal advice. Mrs. Barfield spoke of the Arizona corporate commissions as an administrative entity and not an enforcement entity. Mrs. Barfield was able to give examples about the laws that govern her entity and how those laws pertain to Uber Technologies Inc. One of the eye-popping moments of our conversation is part of the evidence. Mrs. Barfield said, " this entity was never supposed to transact in the state of Arizona."

22. I filed a second claim against Uber Technologies Inc after learning Uber Technologies Inc was not foreign qualified and Uber USA LLC was not in good standing. Yes, the Arizona corporate commission listed them in good standing, but as are all companies when they initially file. There's nothing filed after 2016 for Uber USA LLC.

23. After filing and trying to serve Uber Technologies Inc, we learned neither UTI or Uber USA LLC had a registered agent in Arizona. We petitioned judge Talamante to allow us to request the Arizona Corporate Commission to serve Uber Technologies Inc.

24. The day after the request to allow Arizona corporate commissions to file for us and serve Uber, there was an answer filed by Uber Technologies Inc. The problem is they were never properly served which means judge Talamante did not have jurisdiction to dismiss the case, but he did exactly that and retired.

25. We filed a complaint against judge Talamante, but it was denied.

26. Uber Technologies Inc found out that their autonomous division hit and killed Mrs Herzberg in Tempe Arizona.

27. Uber Technologies Inc is investigated by the NTSB.

28. Uber Technologies Inc is investigated by the Yapavani  District Attorney's office. They found no wrongdoing by Uber, but left open the possibilities  for future charges against the current defendant Mrs. Vasquez..

29. Uber Technologies Inc was investigated by the Tempe Police Department of Arizona.

30. Uber Technologies Inc settles the unfortunate death of Miss Herzberg under the name Uber Technologies Inc. At the time of the incident and the settlement, Uber Technologies Inc.was not foreign qualified in the state of Arizona. Travis Kalnick started the Paperwork in 2014 and was originally denied. That paperwork was subsequently abandoned.  That means the name, which was reserved by the Cooper's for the Coopers. Our question is how did they settle a homicide with the name they did not have? How did Uber transact business

when they were not legally able to transact business? Finally, why was there not one judge nor representative of the court that looked into this background?

31. Uber and counsel for Uber learned that Mr. Cooper did in fact have the name Uber Technologies Inc reserved with the Arizona corporate commissions. Reserving a name and registering a DBA are not the same thing. Reserving the name gives you time to submit paperwork to form the entity. *AZCC DOES NOT RECORD DBA"s NOR TRADE NAMES*. At that time they immediately filed an illegal and unlawful Injunction Against Harassment case in Superior Court against Mr. Cooper. The evidence that was presented to the court was just like the arbitration and first two litigations, manufactured and unhonest. It was presented in an order to which the events occurred. Counsel for Uber, which did include Mr. Haimovici from Uber Headquarters, never informed Mr. Cooper of any witnesses nor an attorney testifying on behalf of Uber. In the first few minutes you hear judge Abramson tell Mr. Cooper that he could not present the evidence he had given to the court as he failed to give it to Uber. About 10 minutes later you hear the judge ask why Mr. Cooper only received the evidence that morning. Please watch the memory drive of CV-2019-001194. It was supposed to be erased per Judge Gates in September of 2019.

32. Counsel for Uber walked into a superior court room, multiple times leading to ex-parte Communications, and filed documents out of order and inflamed from conversations that had taken place over a year ago in order to get the

injunction. Uber and counsel for Uber also failed with this filing because for the full year prior to this injunction they filed as Uber Technologies Inc. Every motion, every answer, every brief, and anything in between was filed under Uber Technologies Inc. We asked, how does a corporation walk into a courtroom and state they are now an LLC? Why did counsel for Uber not know who their client was?

33. Counsel for Uber stated that it was the defendant, Mr. Cooper, who had filed under the wrong caption. We simply ask how is it that a multi multi-billion-dollar corporation such as Uber Technologies Inc, with hundreds upon hundreds of Legal Eagles, a score of paralegals and others that watch the paralegals, and yet the legal team allowed this caption to pass for over a year? In *West Run Student Housing Associates LLC the Huntington National Bank (7 F. 3D 165),* The third circuit held that a variance in a complaint that is later amended do not amount to judicial admissions; the court noted that plaintiffs routinely amended pleadings to avoid dismissal. **There has never been an amended complaint concerning the wrong caption as mr. Cooper was in fact suing Uber Technologies Inc and not Uber USA LLC.** It was the defense turn plaintiff who would then decide they had not done their due diligence and change the name of their client for an injunction against harassment to be filed incorrectly.

34. Because counsel for Uber and Uber Technologies Inc filed an unlawful injunction, we decided to prove there was only one entity. Just as the Injunction Against Harassment was manufactured, Uber and counsel for Uber lied to a public official about the trade name on the Secretary of State's website. On the Secretary of State's website there is a caption that states corporations or LLCs. There, it goes on to explain that the Secretary of State of Arizona does not deal with corporations or LLCs. The Arizona Corporate Commission does. So to our surprise, we found Uber Technologies Inc name listed 2 days after they filed the injunction on the Secretary of State's website. The number that was associated with Uber Technologies Inc (2028280) listed on the Secretary of State's website does not work and the representatives from the Secretary of State had no idea how they were on the website.

35. Watch the thumb drive, it is the injunction for harassment against Brian Cooper. Cv 2019-001194. The *Uber Technologies Inc v the Cooper's*, was quickly deleted by judge Pamela Gates. We go all the way back to Line 8. Remember, we were told specifically by Mrs. Barajas in arbitration that we were filing against UTI and not against Uber USA LLC.

36. Hacking, phishing, wireless cloning, keyloggers, malware, spyware, geo-fencing, trojan horses, and identity theft are just a few of the programs Uber used to maintain a location on Mr. Cooper and make everyday normal processes a living hell.

37. Optimum pharmacy, USPS, Assurance Wireless, Amazon, and FedEx were investigating hacks, rerouted mail, and packages, fraudulent purchases on Amazon, to cloning not only Mr and Mrs Cooper cell phones but listening in on every conversation.

38. Mr Cooper filed two complaints (IC3) with the FBI and as a Whistleblower with the SEC. There are specific laws in the Dodd-Frank Act that protect all whistleblowers.

39. Pamela Gates, who did not preside over any cases involving the Coopers, made rulings that decided the future of these cases. In the Wells Fargo case, after requesting judge Crawford to recuse herself Oct. 1, 2018 for failing to respond in a timely manner, failure to disclose, and ex-parte communication. On November 19, 2018 judge Crawford recused herself but we were never notified. We did not learn until December 14, 2018 from the Clerk of Court. The case was given to judge Palmer, who was nominated at the same time as judge Gates. Less than a week later, judge Palmer returned the case to judge Gates. He stated, "there are far too many procedural errors." Judge Gates then responded to the initial motion filed by Mr. Cooper to judge Crawford concerning her recusal. Judge Gates tried to downplay everything that took place including a call to judge Crawford asking her to change "without prejudice to with prejudice." We learned of this action via the bailiff's error in

emailing us. Six months after the filing we learned Wells Fargo was one of the largest investors in Uber.

40. OET, Maricopa County's IT security, was informed of the hacking and agreed with Mr. Cooper that there was something attaching itself to his emails.When the information was passed to Judge Mroz, she said Mr. Cooper is trying to circumvent the system. I had never spoken with nor met Judge Mroz, but she had already an opinion formed about me and our safety was unimportant. Meaning, that we were not aware of any of these hacks. There's never an investigation, no questioning, and not even a chance to confront Uber.

41. Uber Technologies Inc is on probation currently with the FTC. Uber Technologies Inc was placed on probation for violating the FTC's case (3:17-60261-jst) filed by the FTC. The Order states that the defendant, officers, employees, attorneys and all other persons in active concert are permanently restrained and enjoined from making any misrepresentation or assisting others in making misrepresentations regarding income terms, conditions and consumer drivers income.

42. One year after the entry of the order, Uber must submit compliance reports, one under the penalty of perjury. 1 line in particular, defendants must identify all businesses by names, numbers and email addresses.

There will be multiple pretrial motions including motion to exclude all evidence produced by either entity from 2015 through 2019. The evidence is not available to Uber as they were not in compliance and not authorized to contract business in Arizona. Most disturbing, Uber Technologies INC. 's registered agent CT Corps, parent Wolters Kluwer, has downloadable documents and a self-help section on their website. This was a conspiracy to impede Justice and bring retribution against Mr. Cooper. Mr. Cooper filed a claim under the Dodd-Frank reform and consumer protection act of 2010, a conspiracy claim under 42 USC section 1983, conspiracy to interfere with civil rights, 42 USC 1985 intentional infliction of emotional distress, abuse of power and abuse of process, violation of CFAA, the Computer Fraud and Abuse Act 18 USC 10:30. The CFAA imposes criminal and civil liability for unauthorized access or damage to a protected computer. Violation of privacy 5 USC Section 552 AG, including damages in criminal penalties 5 USC section 552 a violation of of the ACT cause injury and it was commenced by or at the direction of the defendant and was pursued to a legal termination without probable cause and was initiated with malice see BABB versus Superior Court Albertson 46 Cal 2D.

As to Uber Technologies Inc and remedies against this Corporation we believe we have stated an offer to Uber worth their time. As this is much greater than the Wells Fargo bank account scandal, I stated 1% of the fine that Wells Fargo paid as a settlement. 30 million dollars is a start. (1% of 3 billion).We believe that is small in comparison to what we could get if we went to a jury trial. With

everything that has happened to us, the invasion of privacy, the very private pictures and videos that have been downloaded to god-knows-where, the threats, the acts of violence, and many other instances of BS that we had to deal with. $30 million dollars is nothing. If it did mean a lot Uber should have thought about that when they were transacting illegally the whole time. I'll never have my name, social security number,or anything back the way it was in the beginning. We pray that you find our *Prima Facie* case has merit and grant our monetary damages and any other damages or injunctions against Uber.

**Brian S. Cooper 6/6/2021**

*BrianS.Cooper*